#1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Complaintiff
PRESIDENT, MR. ANOKI PINON SULTAN
WRITTING AND DESIGN BUSINESS
4415 GRANT ST. N.E.
WASHINGTON, D.C., 20019

RECEIVED
OCT 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VERSE

Case: 1:07-cv-02026
Assigned To : Unassigned
Assign. Date : 11/08/2007
Description: PRO SE GEN. CIVIL

Defendant
BUSINESS BEAURA of District of Columbia
OFFICE OF TAX AND REVENUE
CUSTOME SERVICE ADMINISTRATION
941 NORTH CAPITOL ST. N.E.
WASHINGTON, D.C., 20002
Telephone No. (202) 727-4TAX (4829)

- List of Principal Business Activity Codes (NAICS)
- Instructions
- Form FR-500
- GENERAL INFORMATION (Part 1)
- FRANchise Tax Registration (Part 111)
- Sales and Use Tax Registration (Part V1)
- Personal Property Tax Registration (Part V1)
- Miscellaneous Tax (Part V2)
- Unemployment Compensation Tax Registration (Part VI)

1

## Complaints

Codes for Principal Business Activity

This list of principal business activities and their associted code is designed to classify an enterprise by the type of activity in which it is engaged. These Principal business activity codes are based on the North American Industry Classification System.

1. The men and women and females and males, and aliens and extraterrestrials that have been created through the account of many decades and many centurys an adult men and women that have many ages mislead the amount of Fifty Trillion parenting men and women with the men and women born under Religion that Vocabulary of their fortune tellers storys have cursed all our Algriculture, Forestry, Fishing, and Hunting, of parents codes of earning wages of wealth of coins and money and currency notes in the Oilseed and Grain Farming includeing potatoes and yams, and fruits, and tree nut Farming and Greenhouse nursery, and floriculture Production, and other crop farming including tobacco, cotton, sugarcane, hay, Peanut, sugarbeets,

#3

and all other crop farming, in the fortune tellers storys of Religion as Master of teach when the fortune tellers story do not agree with nothing pertaining to this Life.

2. NO Religions in the District of COLUMBIA Sole Proprietorship. And NO Religion owner Do not Identify with the peoples, the racial world welfares and racial world welbeing and is not found in the fortune tellers storys of Religions in the teaching of it.

3. NO Religions fortune tellers storys of men and women and the parenting do not have license to buy or sell anything and the business do not have license to buy and sell for no men, no women, no parenting.

4. Religions of District of Columbia are Partnerships, Limited Partnership, and Corporation, Limited Liability Company Licensed Professional ***

# #4

5. Licensed Professional ***

   Judges of Sole Proprietorship
   Judges of Partnership
   Judges of Limited Partnership
   Judges Corporations
   Judges Limited Liability Company
   Licensed Professional ***

Attach a photocopy of your license to Practice your professions in the District of Columbia, Examples of Professions requiring Professional Licensure: Attorney MD, DDS, CPA, RN, Funeral Director, Real Estate Sales, Architects,

DO NOT KNOW BUSINESS ADMINSTRATION
DO NOT KNOW ECONOMY BUSINESS
DO NOT KNOW BUSINESS MANAGEMENTS
DO NOT KNOW BUSINESS OF MERCHANTS
DO NOT KNOW BUSINESS OF STATISTICS

#5

6. IN FORTUNE TELLERS STORYS IN RELIGIONS LOVE IS WROTE OUT OF THE MEN AND WOMEN, and parent life every Chapter, and in the church of Epheus of John the Baptist Revelation Talk about the FIRST LOVE and the angels of the church and spirits of churchs the Judges, lawyers, generals, Admirals and doctors under the OFFICE OF TAX AND REVENUE CUSTOME SERVICES ADMINISTRATION 941 North Capitol ST. N.E., WASHINGTON, D.C. 20002 Telephone No. (202) 727-4TAX(4829)

- LIST OF Principal Business Activity Code (NAICS)
- INSTRUCTIONS
- FORM FR-500
- GENERAL INFORMATION (PART 1)
- FRANCHIISE TAX Registration (Part III)
- Sales and Use Tax Registration (Part VI)
- Sales and Use Tax Registration (Part V2)
- Personal Property Tax Registration (Part VI)
- Miscellaneous Tax (Part V2)
- Unemployment Compensation Tax Registration

7. HUMANA MEDICARE RX
   RESIDENTAL RX
   USEING GEORGE WASHINGTON money, HAMITON money, JEFFERSON MONEY, BUSH money, FORD mony, Bill money, Reagon money, JAMES MONEY, Blacksmith money, lAWYER MONEY, BUSINESS ADMINISTRATION JUDGES MONEY, WELFARE MONEY, NOTARY MONEY, LINCOLN MONEY, JESUS MONEY, LEOPOND MONEY, A BEAR MONEY, ABRAHAM MONEY and Civilization MONEY of men and women, and parenting.

- List of principal business Activity Code (NAICS)
- Instructions
- Form FR-500
- GENERAL INFORMATION (PART I)
- FRANCHISE TAX Registration (Part VI)
- Sales and Use Tax Registration (Part VI)
- Personal Property Tax Registration (Part VI)
- Miscellaneous Tax (Part V2)
- Unemployment Compensation Tax Registration (Part VI)

Mr. Anoki Pinson Sultan

L
07-2026
-UNA

CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

### I (a) PLAINTIFFS
Anoki Pinion Sultan

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE (MD)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro-Se

### DEFENDANTS
Business Bureau of District of Columbia

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRA

Case: 1:07-cv-02026
Assigned To : Unassigned
Assign. Date : 11/08/2007
Description: PRO SE GEN. CIVIL

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other)    OR    ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 11/07   SIGNATURE OF ATTORNEY OF RECORD   NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.