UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Anoki Pinion Sultan,           )
                               )
    Plaintiff,                 )
                               )
    v.                         )   Civil Action No. 07 2026
                               )
Business Bureau of District of Columbia, )
                               )
    Defendant.                 )

MEMORANDUM

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

Plaintiff, a resident of Washington, D.C., sues the District of Columbia's Department of Tax and Revenue. A claim is not discernible. Plaintiff refers to "aliens and extraterrestrials" and appears to be complaining about religious organizations in the District of Columbia. A civil action is subject to dismissal "when the complaint is 'patently insubstantial,' presenting no federal question suitable for decision." *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994) (citing cases). This one qualifies and, therefore, will be dismissed by separate Order issued contemporaneously.

Date: November 6, 2007

United States District Judge